GOLDSTEIN & GOLDSTEIN, LLP
Michael Goldstein, Esq.
Attorney ID No.: 025182008
60 Evergreen Place, Suite 502
East Orange, NJ 07018
(973) 675-8277
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORRAINE VIVIAN, | CIVIL ACTION NO.: 2:14-CV-05576-SDW-SCM |
| Plaintiffs, vs. | |
| TARGET CORP., JOHN DOE, and XYZ CORP. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's Complaint is hereby dismissed with prejudice, and without costs, against all Defendants.

| | |
|---|---|
| GOLDSTEIN & GOLDSTEIN, LLP<br>Attorneys for Plaintiff | KANTROWITZ & PHILLIPP, LLC<br>Attorneys for Defendant Target Corp. |
| *[signature]*<br>By: Michael Goldstein, Esq. | *[signature]*<br>By: Polly Phillippi, Esq. |
| DATED:   6/13/17 | DATED: |